ORDER NUMBER:16POFC00297          ORDER FIPS:2916701      CASE NUMBER:21580593          DATE:03-23-2026     TIME:14:53

NON-CUSTODIAL PARENT: GARETH BEHR                    CUSTODIAL PARENT: CIARA WEDGE                    WORKER: GRAVVT1

OBLIGATION HISTORY:

| DEBT TYPE | BEGIN DATE | END DATE | AMOUNT | FREQUENCY | INITIAL JUDGEMENT | BENEFICIARIES | DOB |
|-----------|------------|----------|--------|-----------|-------------------|---------------|-----|
| CHILD SUPPORT | 08-19-2016 | | | | | | |

SUMMARY OF DEBT BALANCES AS OF:        03-23-2026

| | IV-D ASSIGNED | IV-D NOT ASSIGNED | NON-IV-D |
|---|---|---|---|
| CHILD SUPPORT | | | |
| LTD OWED : 29,000.00 | | | |
| LTD PAID : 26,096.22 | | | |
| BALANCE : 2,903.78 | 0.00 | 2,903.78 | 0.00 |
| ALL DEBT TYPES COMBINED | | | |
| LTD OWED : 29,000.00 | | | |
| LTD PAID : 26,096.22 | | | |
| BALANCE : 2,903.78 | 0.00 | 2,903.78 | 0.00 |

COMMENTS:

Pursuant to Sect. 454.539 and being duly designated by the Circuit
Clerk of Clay County, MO, the undersigned designee certifies
these documents as official records from the Missouri Automated
Child Support System (MACSS).

_____        3-23-26
Name                                     Date

EXHIBIT
# 1

CSE-509C(REV.03-2005)

Case 26-40037   Doc# 26-1   Filed 03/23/26   Page 1 of 4

Case 26-40037   Doc# 26-1   Filed 03/23/26   Page 2 of 4

```
MISSOURI DEPARTMENT OF SOCIAL SERVICES  ORDER NUMBER:16POFC00297      PERIOD:08-2016 TO 03-23-2026   WORKER:GRAVVT1   PAGE:  1
FAMILY SUPPORT DIVISION                 ORDER FIPS  :2916701          DATE:03-23-2026               TIME:14:53
SUPPORT CALCULATION WORKSHEET           CASE NUMBER :21580593         NCP: GARETH BEHR              CP: CIARA WEDGE
DEBT TYPES: CS
```

| YEAR | MONTH | OWED FOR MONTH | PAID FOR MONTH | APPLIED TO CURRENT | APPLIED TO OTHER | ADJUSTMENT | LIFE-TO-DATE OWED | LIFE-TO-DATE PAID | MONTH-END BALANCE | NOTES |
|------|-------|------|------|------|------|------|------|------|------|------|
| 2016 | AUG | 250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 250.00 | 0.00 | 250.00 | |
| | SEP | 250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 | 0.00 | 500.00 | |
| | OCT | 250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 750.00 | 0.00 | 750.00 | |
| | NOV | 250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,000.00 | 0.00 | 1,000.00 | |
| | DEC | 250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,250.00 | 0.00 | 1,250.00 | |
| 2017 | JAN | 250.00 | 258.00 | 250.00 | 8.00 | 0.00 | 1,500.00 | 258.00 | 1,242.00 | |
| | FEB | 250.00 | 220.82 | 220.82 | 0.00 | 0.00 | 1,750.00 | 478.82 | 1,271.18 | |
| | MAR | 250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,000.00 | 478.82 | 1,521.18 | |
| | APR | 250.00 | 259.52 | 250.00 | 9.52 | 0.00 | 2,250.00 | 738.34 | 1,511.66 | |
| | MAY | 250.00 | 291.64 | 250.00 | 41.64 | 0.00 | 2,500.00 | 1,029.98 | 1,470.02 | |
| | JUN | 250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,750.00 | 1,029.98 | 1,720.02 | |
| | JUL | 250.00 | 266.95 | 250.00 | 16.95 | 0.00 | 3,000.00 | 1,296.93 | 1,703.07 | |
| | AUG | 250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,250.00 | 1,296.93 | 1,953.07 | |
| | SEP | 250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,500.00 | 1,296.93 | 2,203.07 | |
| | OCT | 250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,750.00 | 1,296.93 | 2,453.07 | |
| | NOV | 250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,000.00 | 1,296.93 | 2,703.07 | |
| | DEC | 250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,250.00 | 1,296.93 | 2,953.07 | |
| 2018 | JAN | 250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,500.00 | 1,296.93 | 3,203.07 | |
| | FEB | 250.00 | 304.07 | 250.00 | 54.07 | 0.00 | 4,750.00 | 1,601.00 | 3,149.00 | |
| | MAR | 250.00 | 281.20 | 250.00 | 31.20 | 0.00 | 5,000.00 | 1,882.20 | 3,117.80 | |
| | APR | 250.00 | 401.73 | 250.00 | 151.73 | 0.00 | 5,250.00 | 2,283.93 | 2,966.07 | |
| | MAY | 250.00 | 852.40 | 250.00 | 602.40 | 0.00 | 5,500.00 | 3,136.33 | 2,363.67 | |
| | JUN | 250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,750.00 | 3,136.33 | 2,613.67 | |
| | JUL | 250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,000.00 | 3,136.33 | 2,863.67 | |
| | AUG | 250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,250.00 | 3,136.33 | 3,113.67 | |
| | SEP | 250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,500.00 | 3,136.33 | 3,363.67 | |
| | OCT | 250.00 | 200.00 | 200.00 | 0.00 | 0.00 | 6,750.00 | 3,336.33 | 3,413.67 | |
| | NOV | 250.00 | 750.22 | 250.00 | 500.22 | 0.00 | 7,000.00 | 4,086.55 | 2,913.45 | |
| | DEC | 250.00 | 282.55 | 250.00 | 32.55 | 0.00 | 7,250.00 | 4,369.10 | 2,880.90 | |
| 2019 | JAN | 250.00 | 311.84 | 250.00 | 61.84 | 0.00 | 7,500.00 | 4,680.94 | 2,819.06 | |
| | FEB | 250.00 | 282.55 | 250.00 | 32.55 | 0.00 | 7,750.00 | 4,963.49 | 2,786.51 | |
| | MAR | 250.00 | 282.55 | 250.00 | 32.55 | 0.00 | 8,000.00 | 5,246.04 | 2,753.96 | |
| | APR | 250.00 | 680.22 | 250.00 | 430.22 | 0.00 | 8,250.00 | 5,926.26 | 2,323.74 | |
| | MAY | 250.00 | 357.92 | 250.00 | 107.92 | 0.00 | 8,500.00 | 6,284.18 | 2,215.82 | |
| | JUN | 250.00 | 98.08 | 98.08 | 0.00 | 0.00 | 8,750.00 | 6,382.26 | 2,367.74 | |
| | JUL | 250.00 | 334.98 | 250.00 | 84.98 | 0.00 | 9,000.00 | 6,717.24 | 2,282.76 | |
| | AUG | 250.00 | 300.31 | 250.00 | 50.31 | 0.00 | 9,250.00 | 7,017.55 | 2,232.45 | |
| | SEP | 250.00 | 334.98 | 250.00 | 84.98 | 0.00 | 9,500.00 | 7,352.53 | 2,147.47 | |
| | OCT | 250.00 | 300.31 | 250.00 | 50.31 | 0.00 | 9,750.00 | 7,652.84 | 2,097.16 | |
| | NOV | 250.00 | 344.49 | 250.00 | 94.49 | 0.00 | 10,000.00 | 7,997.33 | 2,002.67 | |
| | DEC | 250.00 | 381.87 | 250.00 | 131.87 | 0.00 | 10,250.00 | 8,379.20 | 1,870.80 | |
| 2020 | JAN | 250.00 | 381.87 | 250.00 | 131.87 | 0.00 | 10,500.00 | 8,761.07 | 1,738.93 | |
| | FEB | 250.00 | 155.77 | 155.77 | 0.00 | 0.00 | 10,750.00 | 8,916.84 | 1,833.16 | |
| | MAR | 250.00 | 295.70 | 250.00 | 45.70 | 0.00 | 11,000.00 | 9,212.54 | 1,787.46 | |

CSE-509(REV.07-2005)

| YEAR | MONTH | OWED FOR MONTH | PAID FOR MONTH | APPLIED TO CURRENT | APPLIED TO OTHER | ADJUSTMENT | LIFE-TO-DATE OWED | LIFE-TO-DATE PAID | MONTH-END BALANCE | NOTES |
|------|-------|------|------|------|------|------|------|------|------|------|
| 2020 | APR | 250.00 | 1,142.73 | 250.00 | 892.73 | 0.00 | 11,250.00 | 10,355.27 | 894.73 | |
|      | MAY | 250.00 | 734.38 | 250.00 | 484.38 | 0.00 | 11,500.00 | 11,089.65 | 410.35 | |
|      | JUN | 250.00 | 295.70 | 250.00 | 45.70 | 0.00 | 11,750.00 | 11,385.35 | 364.65 | |
|      | JUL | 250.00 | 295.70 | 250.00 | 45.70 | 0.00 | 12,000.00 | 11,681.05 | 318.95 | |
|      | AUG | 250.00 | 295.70 | 250.00 | 45.70 | 0.00 | 12,250.00 | 11,976.75 | 273.25 | |
|      | SEP | 250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12,500.00 | 11,976.75 | 523.25 | |
|      | OCT | 250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12,750.00 | 11,976.75 | 773.25 | |
|      | NOV | 250.00 | 266.69 | 250.00 | 16.69 | 0.00 | 13,000.00 | 12,243.44 | 756.56 | |
|      | DEC | 250.00 | 309.61 | 250.00 | 59.61 | 0.00 | 13,250.00 | 12,553.05 | 696.95 | |
| 2021 | JAN | 250.00 | 207.69 | 207.69 | 0.00 | 0.00 | 13,500.00 | 12,760.74 | 739.26 | |
|      | FEB | 250.00 | 360.84 | 250.00 | 110.84 | 0.00 | 13,750.00 | 13,121.58 | 628.42 | |
|      | MAR | 250.00 | 138.46 | 138.46 | 0.00 | 0.00 | 14,000.00 | 13,260.04 | 739.96 | |
|      | APR | 250.00 | 634.00 | 0.00 | 634.00 | 0.00 | 14,250.00 | 13,894.04 | 355.96 | |
|      | MAY | 250.00 | 100.00 | 100.00 | 0.00 | 0.00 | 14,500.00 | 13,994.04 | 505.96 | |
|      | JUN | 250.00 | 599.59 | 250.00 | 349.59 | 0.00 | 14,750.00 | 14,593.63 | 156.37 | |
|      | JUL | 250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15,000.00 | 14,593.63 | 406.37 | |
|      | AUG | 250.00 | 325.34 | 250.00 | 75.34 | 0.00 | 15,250.00 | 14,918.97 | 331.03 | |
|      | SEP | 250.00 | 325.34 | 250.00 | 75.34 | 0.00 | 15,500.00 | 15,244.31 | 255.69 | |
|      | OCT | 250.00 | 325.34 | 250.00 | 75.34 | 0.00 | 15,750.00 | 15,569.65 | 180.35 | |
|      | NOV | 250.00 | 325.33 | 250.00 | 75.33 | 0.00 | 16,000.00 | 15,894.98 | 105.02 | |
|      | DEC | 250.00 | 325.33 | 250.00 | 75.33 | 0.00 | 16,250.00 | 16,220.31 | 29.69 | |
| 2022 | JAN | 250.00 | 279.69 | 250.00 | 29.69 | 0.00 | 16,500.00 | 16,500.00 | 0.00 | |
|      | FEB | 250.00 | 250.00 | 250.00 | 0.00 | 0.00 | 16,750.00 | 16,750.00 | 0.00 | |
|      | MAR | 250.00 | 250.00 | 250.00 | 0.00 | 0.00 | 17,000.00 | 17,000.00 | 0.00 | |
|      | APR | 250.00 | 173.08 | 173.08 | 0.00 | 0.00 | 17,250.00 | 17,173.08 | 76.92 | |
|      | MAY | 250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 17,500.00 | 17,173.08 | 326.92 | |
|      | JUN | 250.00 | 346.16 | 250.00 | 96.16 | 0.00 | 17,750.00 | 17,519.24 | 230.76 | |
|      | JUL | 250.00 | 346.16 | 250.00 | 96.16 | 0.00 | 18,000.00 | 17,865.40 | 134.60 | |
|      | AUG | 250.00 | 384.60 | 250.00 | 134.60 | 0.00 | 18,250.00 | 18,250.00 | 0.00 | |
|      | SEP | 250.00 | 250.00 | 250.00 | 0.00 | 0.00 | 18,500.00 | 18,500.00 | 0.00 | |
|      | OCT | 250.00 | 250.00 | 250.00 | 0.00 | 0.00 | 18,750.00 | 18,750.00 | 0.00 | |
|      | NOV | 250.00 | 250.00 | 250.00 | 0.00 | 0.00 | 19,000.00 | 19,000.00 | 0.00 | |
|      | DEC | 250.00 | 250.00 | 250.00 | 0.00 | 0.00 | 19,250.00 | 19,250.00 | 0.00 | |
| 2023 | JAN | 250.00 | 250.00 | 250.00 | 0.00 | 0.00 | 19,500.00 | 19,500.00 | 0.00 | |
|      | FEB | 250.00 | 250.00 | 250.00 | 0.00 | 0.00 | 19,750.00 | 19,750.00 | 0.00 | |
|      | MAR | 250.00 | 250.00 | 250.00 | 0.00 | 0.00 | 20,000.00 | 20,000.00 | 0.00 | |
|      | APR | 250.00 | 250.00 | 250.00 | 0.00 | 0.00 | 20,250.00 | 20,250.00 | 0.00 | |
|      | MAY | 250.00 | 250.00 | 250.00 | 0.00 | 0.00 | 20,500.00 | 20,500.00 | 0.00 | |
|      | JUN | 250.00 | 57.66 | 57.66 | 0.00 | 0.00 | 20,750.00 | 20,557.66 | 192.34 | |
|      | JUL | 250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 21,000.00 | 20,557.66 | 442.34 | |
|      | AUG | 250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 21,250.00 | 20,557.66 | 692.34 | |
|      | SEP | 250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 21,500.00 | 20,557.66 | 942.34 | |
|      | OCT | 250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 21,750.00 | 20,557.66 | 1,192.34 | |
|      | NOV | 250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 22,000.00 | 20,557.66 | 1,442.34 | |
|      | DEC | 250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 22,250.00 | 20,557.66 | 1,692.34 | |

CSE-509(REV.07-2005)

Case 26-40037    Doc# 26-1    Filed 03/23/26    Page 3 of 4

MISSOURI DEPARTMENT OF SOCIAL SERVICES   ORDER NUMBER:16P0FC00297      PERIOD:08-2016 TO 03-23-2026   WORKER:GRAVVT1   PAGE:  3
FAMILY SUPPORT DIVISION                  ORDER FIPS  :2916701          DATE:03-23-2026               TIME:14:53
SUPPORT CALCULATION WORKSHEET            CASE NUMBER :21580593         NCP: GARETH BEHR              CP: CIARA WEDGE
DEBT TYPES: CS

| YEAR | MONTH | OWED FOR MONTH | PAID FOR MONTH | APPLIED TO CURRENT | APPLIED TO OTHER | ADJUSTMENT | LIFE-TO-DATE OWED | LIFE-TO-DATE PAID | MONTH-END BALANCE | NOTES |
|------|-------|----------------|----------------|--------------------|------------------|------------|-------------------|-------------------|-------------------|-------|
| 2024 | JAN | 250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 22,500.00 | 20,557.66 | 1,942.34 | |
| | FEB | 250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 22,750.00 | 20,557.66 | 2,192.34 | |
| | MAR | 250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 23,000.00 | 20,557.66 | 2,442.34 | |
| | APR | 250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 23,250.00 | 20,557.66 | 2,692.34 | |
| | MAY | 250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 23,500.00 | 20,557.66 | 2,942.34 | |
| | JUN | 250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 23,750.00 | 20,557.66 | 3,192.34 | |
| | JUL | 250.00 | 346.16 | 250.00 | 96.16 | 0.00 | 24,000.00 | 20,903.82 | 3,096.18 | |
| | AUG | 250.00 | 346.16 | 250.00 | 96.16 | 0.00 | 24,250.00 | 21,249.98 | 3,000.02 | |
| | SEP | 250.00 | 346.16 | 250.00 | 96.16 | 0.00 | 24,500.00 | 21,596.14 | 2,903.86 | |
| | OCT | 250.00 | 432.70 | 250.00 | 182.70 | 0.00 | 24,750.00 | 22,028.84 | 2,721.16 | |
| | NOV | 250.00 | 346.16 | 250.00 | 96.16 | 0.00 | 25,000.00 | 22,375.00 | 2,625.00 | |
| | DEC | 250.00 | 259.62 | 250.00 | 9.62 | 0.00 | 25,250.00 | 22,634.62 | 2,615.38 | |
| 2025 | JAN | 250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25,500.00 | 22,634.62 | 2,865.38 | |
| | FEB | 250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25,750.00 | 22,634.62 | 3,115.38 | |
| | MAR | 250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 26,000.00 | 22,634.62 | 3,365.38 | |
| | APR | 250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 26,250.00 | 22,634.62 | 3,615.38 | |
| | MAY | 250.00 | 346.16 | 250.00 | 96.16 | 0.00 | 26,500.00 | 22,980.78 | 3,519.22 | |
| | JUN | 250.00 | 346.16 | 250.00 | 96.16 | 0.00 | 26,750.00 | 23,326.94 | 3,423.06 | |
| | JUL | 250.00 | 346.16 | 250.00 | 96.16 | 0.00 | 27,000.00 | 23,673.10 | 3,326.90 | |
| | AUG | 250.00 | 346.16 | 250.00 | 96.16 | 0.00 | 27,250.00 | 24,019.26 | 3,230.74 | |
| | SEP | 250.00 | 346.16 | 250.00 | 96.16 | 0.00 | 27,500.00 | 24,365.42 | 3,134.58 | |
| | OCT | 250.00 | 519.24 | 250.00 | 269.24 | 0.00 | 27,750.00 | 24,884.66 | 2,865.34 | |
| | NOV | 250.00 | 346.16 | 250.00 | 96.16 | 0.00 | 28,000.00 | 25,230.82 | 2,769.18 | |
| | DEC | 250.00 | 346.16 | 250.00 | 96.16 | 0.00 | 28,250.00 | 25,576.98 | 2,673.02 | |
| 2026 | JAN | 250.00 | 346.16 | 250.00 | 96.16 | 0.00 | 28,500.00 | 25,923.14 | 2,576.86 | |
| | FEB | 250.00 | 173.08 | 173.08 | 0.00 | 0.00 | 28,750.00 | 26,096.22 | 2,653.78 | |
| | MAR | 250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 29,000.00 | 26,096.22 | 2,903.78 | |

CSE-509(REV.07-2005)

Case 26-40037   Doc# 26-1   Filed 03/23/26   Page 4 of 4